```
      IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**METROPOLITAN LIFE INSURANCE COMPANY**
**METLIFE LIFE AND ANNUITY COMPANY OF**
**CONNECTICUT**

   **Plaintiff,**

**v.**        **//  CIVIL ACTION NO. 1:07CV146**
             **(Judge Keeley)**

**FRANCHESCIA N. LEE-HENRY, individually,**
**and as Next Friend for Alexis Ranie Lee**
**Satterfield, an Infant under the age of**
**eighteen years and CHIQUITA YANERO,**
**individually and as Administratrix of the**
**Estate of Franklin Patrick, ALEX RAINE LEE**
**SATTERFIELD, Infant under the age of eighteen,**

   **Defendants.**

## ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER

  The Court has been advised that the issues raised and suggested by the above-styled civil action have been resolved and that this civil action may be ended and removed from the active docket of the Court. Accordingly, the scheduling conference scheduled for January 30, 2008 at 2:30 p.m. is **CANCELED**.

  The Court directs counsel for Plaintiff to prepare an appropriate dismissal order and to forward the same to the Court, with copies to all counsel of record in this civil action, within thirty (30) days from the date of the entry of this Order. Counsel may file any objections which they may have within ten (10) days from the receipt of the proposed dismissal order. Absent objections

**METROPOLITAN LIFE, ET AL. v. LEE-HENRY, ET AL.**            **1:07CV146**

**ORDER DIRECTING COUNSEL TO SUBMIT DISMISSAL ORDER**

from counsel within the time allotted, the order will be entered concluding this civil action and removing the same from the active docket of the Court.

    The Clerk is directed to transmit copies of this order to counsel of record.

DATED: January 14, 2008

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE