IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**METROPOLITAN LIFE INSURANCE COMPANY**
**METLIFE LIFE AND ANNUITY COMPANY OF**
**CONNECTICUT**

       **Plaintiff,**

v.                  //     CIVIL ACTION NO. 1:07CV146
                                   (Judge Keeley)

**FRANCHESCIA N. LEE-HENRY, individually,**
**and as Next Friend for Alexis Ranie Lee**
**Satterfield, an Infant under the age of**
**eighteen years and CHIQUITA YANERO,**
**individually and as Administratrix of the**
**Estate of Franklin Patrick, ALEX RAINE LEE**
**SATTERFIELD, Infant under the age of eighteen,**

       **Defendants.**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME
### TO FILE PROPOSED DISMISSAL ORDER

And now, this 13th day of February, 2008, upon consideration of Met Life's Motion for Extension of Time to File Proposed Dismissal Order, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion (dkt. no. 14) is **GRANTED**. Counsel for Plaintiff shall prepare an appropriate dismissal order and forward the same to the Court and all counsel of record within ten (10) days from the date of the entry of this Order.

The Clerk is directed to transmit copies of this order to counsel of record.

DATED: February 13, 2008

                                          /s/ Irene M. Keeley
                                          IRENE M. KEELEY
                                          UNITED STATES DISTRICT JUDGE